UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BADER FAMILY FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendant*. | No. 21-cv-1741 (DLF) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the defendant's Motion for Summary Judgment, Dkt. 12, is **DENIED IN PART** as to the adequacy of its search, but **GRANTED IN PART** as to the FOIA Exemption 6 redactions. It is further

**ORDERED** that the plaintiff's Cross-Motion for Summary Judgment, Dkt. 15, is **GRANTED IN PART** as to the adequacy of the search terms and **DENIED IN PART** as to all other issues. It is further

**ORDERED** that the parties shall meet and confer on or before October 4, 2022 regarding search terms for the defendant's further search of email correspondence. It is further

**ORDERED** that the Department of Education shall (1) file on or before October 4, 2022 a supplementary declaration explaining its failure to search Suzanne Goldberg's non-government email address, or (2) conduct a search of her non-government email address. It is further

**ORDERED** that the parties shall file a joint status report on or before October 4, 2022 proposing a schedule for further proceedings. If the parties cannot agree on a proposed schedule, the status report shall include their respective positions.

**SO ORDERED.**

September 20, 2022

*Dabney L. Friedrich*
DABNEY L. FRIEDRICH
United States District Judge